SEALED

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2016 OCT 18 PM 4:05

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRENNA C. DELL a/k/a<br>BRENNA C. CEBALLOS,<br><br>Defendant. | 4:16CR 3121<br><br>INDICTMENT<br><br>21 U.S.C. §§ 841(a)(1), (b)(1) |

The Grand Jury charges that

## COUNT I

On or about May 19, 2016, in the District of Nebraska, BRENNA C. DELL, a/k/a BRENNA C. CEBALLOS, defendant herein, did knowingly and intentionally distribute 5 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1).

## COUNT II

On or about May 27, 2016, in the District of Nebraska, BRENNA C. DELL, a/k/a BRENNA C. CEBALLOS, defendant herein, did knowingly and intentionally distribute 5 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1).

A TRUE BILL.

FOREPERSON

*signature*

DEBORAH R. GILG
United States Attorney
District of Nebraska

The United States of America requests that trial of this case be held in Lincoln, Nebraska, pursuant to the rules of this Court.

*signature*

MARTIN R. KLEIN
Special Assistant U.S. Attorney