

# Memorandum

| Subject | Date |
|---|---|
| UNSEALING OF INDICTMENT | 10/27/2016 |
| U.S. v. BRENNA C. DELL, a/k/a BRENNA C. CEBALLOS | |
| Case No: 4:16CR3121 | |

| To | From |
|---|---|
| CLERK, U.S. DISTRICT COURT DISTRICT OF NEBRASKA | Martin R. Klein, #22917<br>Special Assistant United States Attorney |

Be advised that the above named Defendant is now in custody. You may now unseal as follows, pursuant to Fed. R. Crim. P. 6(e)(4):

☒ Unseal the Indictment and any underlying Magistrate Case

☐ Unseal the Magistrate Case

☐ Unseal the Indictment but the underlying Complaint and Affidavit should remain

**Restricted**

☐ Unseal the Magistrate Case but the underlying Complaint and Affidavit should remain

**Restricted**