4:16CR3121

10/25/18

To Whom It may concern,

Enclosed is my payment for my $100.00 assessment fee. Could you please send me a receipt to the following address.

Brenna Dell 29720047
100 Highway Terrace
Leavenworth, KS
66048

Thank you,

Brenna Dell

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2018 NOV -9 PM 4:05
OFFICE OF THE CLERK

RECEIVED
NOV - 9 2018
CLERK
U.S. DISTRICT COURT

Receipt # 8049522

Brenna Dell 29730047
100 Highway Terrace
Leavenworth KS
66048

RECEIVED
KANSAS CITY 640
30 OCT 2018 PM 7 L

NOV - 9 2018
CLERK
S. DISTRICT COURT



NOTICE: This correspondence was mailed from a correctional institution its contents are uncensored.

Roman Hruska Courthouse
111 S. 18th Plaza
Omaha, ne
68102